IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| NEUBERGER BERMAN REAL ESTATE INCOME FUND INC.,<br><br>　Plaintiff,<br><br>v.<br><br>LOLA BROWN TRUST NO. 1B,<br>ERNEST HOREJSI TRUST NO. 1B,<br>BADLANDS TRUST COMPANY,<br>SUSAN L. CICIORA,<br>LARRY L. DUNLAP,<br>STEWART R. HOREJSI,<br><br>　Defendants.<br><br>LOLA BROWN TRUST NO. 1B,<br>ERNEST HOREJSI TRUST NO. 1B,<br>BADLANDS TRUST COMPANY,<br><br>　Counterclaimants,<br><br>v.<br><br>NEUBERGER BERMAN REAL ESTATE<br>　INCOME FUND INC.,<br><br>　Counterdefendant. | Civil Action No. AMD-04-3056 |

## SECOND DECLARATION OF STEPHEN C. MILLER

I, Stephen C. Miller, do hereby depose and state:

1. I am over the age of 18 and competent to testify to the matters set forth in this Declaration.

2. I am an attorney, admitted to practice in the State of Colorado.

3. I am familiar with the Lola Brown Trust No. 1B and the Ernest Horejsi Trust No.1B (collectively the "Trusts"), Counter-claimants in the above-entitled case. The Trusts are "discretionary" trusts.

4. I am the Vice President of Badlands Trust Company ("Badlands") which is one of three trustees for each of the Trusts.

5. The Lola Brown Trust No. 1B was formed in the State of Kansas in 1967 by Lola Brown, who was Stewart Horejsi's grandmother. The Ernest Horejsi Trust No. 1B was formed in the State of Kansas in 1967 by Ernest Horejsi, who was Stewart Horejsi's father.

6. Larry Dunlap, a Salina, Kansas resident and friend of the Horejsi Family, and Susan Ciciora, Mr. Horejsi's daughter, are the remaining two trustees for the Trusts.

7. Mr. Dunlap is not a beneficiary under either of the Trusts.

8. All substantive decisions regarding the Trusts must be made by at least a majority of the Trustees, although, if a Trustee is also a beneficiary under the Trusts (e.g., Susan Ciciora), such Trustee is not permitted to vote on distributions to that beneficiary-Trustee (i.e., the decision must be made by the unanimous consent of the non-beneficiary Trustees).

9. Badlands is a South Dakota private trust company whose Board of Directors make all substantive decisions for Badlands in its capacity as a trustee for the Trusts.

10. The Badlands Board of Directors consists entirely of non-Horejsi family and non-beneficiary members: Stephen C. Miller, Larry Dunlap, Robert Ciciora, Marty Jans and Gail Gubbels. Mr. Ciciora is Susan Ciciora's brother in law. Messrs. Jans and Gubbels are independent accountants domiciled in South Dakota. Mr. Jans is the President of Badlands.

11. The Horejsi Trusts are testamentary trusts formed under state law.

12. Presently, the beneficiaries of the trusts are Stewart Horejsi and his immediate family, at this time his son, daughter, son-in-law, and grandchildren.

13. Generally, the current and future beneficiaries are Stewart Horejsi and his "issue".

14. The Horejsi Trusts do not terminate until twenty-one years after the death of Stewart Horejsi's daughter (*i.e.*, the "life in being" when the Horejsi Trusts were established in 1967).

15. Stewart Horejsi is not a trustee of the Horejsi Trusts. He is a discretionary beneficiary.

16. As Stewart Horejsi is not a trustee, he does not have control and dominion over the underlying assets of the Horejsi Trusts.

17. As the Horejsi Trusts are donative, testamentary trusts, they have issued no securities.

18. Beneficial interests in the Horejsi Trusts may not be sold or transferred.

Pursuant to 28 U.S.C. § 1746, I hereby declare, under penalties of perjury, that the foregoing is true and correct.

Dated: October 13, 2004

_____
STEPHEN C. MILLER