IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NEUBERGER BERMAN REAL ESTATE INCOME FUND, INC., Plaintiff | : : : : | |
| v. | : : | Civil No. AMD 04-3056 |
| LOLA BROWN TRUST NO. 1B, ERNEST HOREJSI TRUST NO. 1B, BADLANDS TRUST COMPANY, SUSAN L. CICIORA, LARRY J. DUNLAP, and STEWART HOREJSI, Defendants | : : : : : : | |

...o0o...

DECLARATORY JUDGMENT ORDER

For the reasons set forth in the foregoing Memorandum Opinion, it is this 22nd day of October, 2004, hereby ORDERED, DECLARED, and DECREED

That the plaintiff's adoption of the Rights Agreement in response to the defendants' tender offer does not conflict with and is not prohibited by the Investment Company Act of 1940, 15 U.S.C.§ 80a-1 *et seq*.

/s/
Andre M. Davis
United States District Judge